**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

**HELEN CLARK, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-04514-B**

## ORDER

We **GRANT** appellant's December 2, 2013 second motion for an extension of time to file a brief. Appellant shall file her brief on or before January 6, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
JUSTICE